FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: SA CR 05-179-JVS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | |
| Hye Sun Sin | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. of California_ for alleged violation(s) of the terms and conditions of ~~his~~/(her) [~~probation~~] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met ~~his~~/(her) burden of establishing by clear and convincing evidence that ~~he~~/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on  absence of background information, ties to the
2  community, lack of bail resources, multiple Aliases + dates of
3  birth + non-compliance with past release conditions.
4  _____
5  and/or
6  B.  (✓)  The defendant has not met his/(her) burden of establishing by
7  clear and convincing evidence that he/(she) is not likely to pose
8  a danger to the safety of any other person or the community if
9  released under 18 U.S.C. § 3142(b) or (c). This finding is based
10  on  Prior criminal history + violations of release;
11  and history of substance abuse
12  _____
13  _____
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  DATED:  8/11/10
18
19                                    _____
20                                    Hon. Carla Woehrle
                                      United States Magistrate Judge

Deten[2].ord                                  2